Law Offices of Edward C. Casey Jr.

300 Frank H. Ogawa Plaza, Suite 370
Oakland, California 94612
510.251.2300
415.398.5288

Facsimile: 510.251.2305
e-mail: eccasey@sbcglobal.net

June 2, 2009

Honorable Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom B
San Francisco, California 94102

   Re: Shobayo v. City and County of San Francisco et al
   District Court Case No.: 09-CV-00697

Dear Judge James:

   Please be advised this matter has been resolved and is pending the City's final approval process for cases involving law enforcement officers.

   The parties would request that all proceedings in this case be stayed until the settlement is finalized.  Please let us know if this is acceptable to the court.

   Thank you for your attention to this matter.

           Very truly yours,

All case management deadlines are VACATED
pending final approval of settlement.

Dated: June 8, 2009

        Edward C. Casey Jr.

cc: Andrew Gschwind, Esq.

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA