```
DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3973
Facsimile:     (415) 554-3837
E-Mail:        Andrew.Gschwind@sfgov.org
```

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and OFFICER CHRISTOPHER MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHOBAYO, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, CHRISTOPHER MORRIS. and DOES 1-50, <br><br> Defendants. | Case No. 09-CV-00697 MEJ <br><br> **REQUEST FOR DISMISSAL;** ~~PROPOSED~~ **ORDER OF DISMISSAL** <br><br> Date Action Filed:     02/17/2009 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: 9/15/09

LAW OFFICE OF EDWARD C CASEY, JR.

By: _____
    EDWARD C CASEY, JR.

Attorneys for Plaintiff
ANTHONY SHOBAYO

Dated: 10/7/09

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
ANDREW M. GSCHWIND
Deputy City Attorneys

By: /s/ Andrew M. Gschwind
ANDREW M. GSCHWIND

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHRISTOPHER MORRIS

**ORDER**

The Clerk of Court shall close the file.
**IT IS SO ORDERED.**

Dated: October 13, 2009

_____
CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES
United States District Court Judge